**ZINK & LENZI**
ATTORNEYS AT LAW
250 VALLOMBROSA AVE., SUITE 175
CHICO, CALIFORNIA 95926
Tel:    530 / 895-1234
Fax:    530 / 895-1254
J. D. ZINK - SBN: 58726

ATTORNEY FOR: Debtor, Park Forest, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:                                    No: 2011-38424-E-11

PARK FOREST, LLC,                         EX PARTE MOTION TO REOPEN
                                          BANKRUPTCY CASE PURSUANT TO
                                          11 U.S.C. §350(b)

            Debtors.
_____/

    The Debtors, by counsel, request that the above-captioned case be reopened pursuant to 11 U.S.C. §350(b) in order to accord relief to the Debtor and in support thereof states the following:

    1. The Debtors filed bankruptcy pursuant to chapter 11 of the bankruptcy Code on July 28, 2011. The bankruptcy was converted to a chapter 7 bankruptcy on January 27, 2012. Debtor's bankruptcy was terminated on May 4, 2012.

    2. The Debtor now seeks to reopen the case in order to file an intervention in a civil matter in the Sacramento County Superior Court, Case No: 34-2012-00135417.

3. The creditors will not be prejudiced by this motion.

4. The bankruptcy in this case was a single asset bankruptcy consisting of a 35 lot subdivision in which the members of the LLC had invested nearly one million dollars and which when completed was expected to yield a profit of at least one million dollars as well of the return of investment to the members.

5. On or about December 28, 2011, the bank that financed the property sold it at foreclosure at a deficit of approximately $1,100,000.00.

6. After the foreclosure in approximately January of 2012 the financing bank, Umpqua Bank, through an assignee filed a lawsuit against the former members of the LLC for the deficiency as guarantors.

7. The guarantors filed a cross-complaint against said bank for fraud, misrepresentation and related actions for loss of their investment and profits because the bank had promised to finance construction loans to build the houses on the subdivision property which would have enabled the LLC to build out the subdivision and make a substantial profit.

8. The bank's assignor filed a demurrer which was granted with leave to amend.

9. The cross-complaint was amended and the demurrer to the Second Amended Complaint was heard and taken under submission on April 15, 2014.

10. The court, Sacramento County Superior Court, then issued a ruling sustaining the demurrer on the grounds that the individual members of the LLC did not have standing to sue

1  indicating that the LLC as the obligor would have.
2      11.  The grounds for filing this motion are that in order
3  to intervene in the ongoing case as the cross-complainant, it
4  is necessary to reopen the bankruptcy.
5      12.  The members of the LLC will finance the ongoing
6  litigation of the cross-complaint on behalf of Park Forest LLC
7  so there will be no expense to the creditors or the court.
8      13.  If the cross-complaint against the bank is
9  successful, then not only will the members make a recovery on
10 their own behalf but there will then be funds with which to pay
11 creditors in the reopened bankruptcy.
12     14.  Because there are no assets of the bankruptcy estate
13 administer at the present time and until a successful recovery
14 of assets in the case, the appointment of a trustee is not
15 necessary at this time.
16     WHEREFORE, the Debtor requests that this case be reopened.

18 Dated: _____May 12_____, 2014

19                                    ZINK & LENZI

21                              By: _____J.D. Zink_____
22                                    J. D. ZINK
                                      Attorney for Debtor

MOTION TO REOPEN BANKRUPTCY                    3